**Justin R. WALLACE, Respondent,**

v.

**MISSOURI DIRECTOR OF REVENUE, Appellant.**

**No. WD 64915.**

Missouri Court of Appeals, Western District.

July 11, 2006.

Robin K. Bunch, Kansas City, MO, for appellant.

Scott C. Hamilton, Lexington, MO, for respondent.

Before ULRICH, P.J., BRECKENRIDGE and SMART, JJ.

---

## ORDER

PER CURIAM.

The Director of Revenue appeals the judgment of the trial court setting aside the director's suspension of Justin Wallace's driver's license. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment of the trial court is affirmed. Rule 84.16(b).